McGREGOR W. SCOTT
United States Attorney
E. ROBERT WRIGHT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2702

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANINE SPENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 1:07-cv-00676-LJO-DLB<br><br>STIPULATION AND PROPOSED ORDER EXTENDING TIME TO ANSWER |

The parties through counsel hereby stipulate at the request of counsel for defendant, to a two day extension of time for defendant to answer the Supplemental Complaint, from May 14, 2008, to May 16, 2008.  This extension is sought because counsel for defendant will be out of the office attending to another case on May 13 and 14, 2008.

        Respectfully submitted,

        McGREGOR W. SCOTT
        United States Attorney

By:  /s/ E. Robert Wright
      E. ROBERT WRIGHT
      Assistant United States Attorney
      Attorneys for the United States

By:  /s/ Judith M. Harless
      JUDITH M. HARLESS
      CORNWELL & SAMPLE
      Attorneys for Plaintiff
      Jeanine Spence

IT IS SO ORDERED.

    Dated:   **May 13, 2008**          **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE