Stephen R. Cornwell, CA Bar #40737          (SPACE BELOW FOR FILING STAMP ONLY)
Judith M. Harless, CA Bar #64784
# CORNWELL & SAMPLE, LLP
Attorneys at Law
7045 N. Fruit Avenue
Fresno, CA 93711-0761
Telephone: (559) 431-3142
Facsimile: (559) 436-1135

Attorneys for Plaintiff JEANINE SPENCE


## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JEANINE SPENCE, | CASE NO. 1:07-CV-00676-LJO-DLB |
| Plaintiff, | |
| v. | **STIPULATION CONTINUING EXPERT WITNESS DEADLINES; AND ORDER THEREON** |
| UNITED STATES OF AMERICA, | |
| Defendant. | Trial Date: October 26, 2009 |

WHEREAS, the parties that are engaged in this litigation are the Plaintiff and the Defendant only, and whereas the scheduling order provides for the designation of experts on May 1, 2009, and whereas the Defendant has made a motion for summary judgment, and whereas the alteration of the date of the designation of experts will not result in the filing of any dispositive motions before the court and the parties mutually agree that it is in their best interests to delay the designation of experts until the court has ruled on the motion for summary judgment ,

THEREFORE IT IS HEREBY STIPULATED by and between counsel for the parties that the deadlines for expert witness disclosure and supplemental expert witness disclosure be rescheduled. The parties have engaged substantial discovery, have taken depositions with additional depositions scheduled on the east coast and other depositions concerning the Plaintiff's medical treatment and are gathering additional documents and proof Therefore, the parties stipulate as follows:

1    Initial Expert Witness Disclosure:

2         Old Date:    May 1, 2009

3         *New Date:    June 17, 2009*

4    Supplemental Expert Witness Disclosure:

5         Old Date:    May 15, 2009

6         *New Date:    July 1, 2009*

7    Expert Discovery Cut-Off:

8         Old Date:    July 1, 2009

9         *New Date:    August 14, 2009*

10

11        This stipulation may be signed in counterpart and a faxed copy may be

12   presented to the Court.

13   DATED: March 25, 2009.

                                    **CORNWELL &**
14                                   **SAMPLE, LLP**

15

16                        By:_____/s/  Stephen R. Cornwell_____
17                                 Stephen R. Cornwell
                                   Judith M. Harless
18                                 Attorneys for Plaintiff
                                   JEANINE SPENCE
19

20
     DATED: March 25, 2009.
21                                 LAWRENCE G. BROWN
                                   Acting United States Attorney
22

23

24                        By:_____/s/  Jason S. Ehrlinspiel_____
                                   Jason S. Ehrlinspiel
25                                 Assistant U.S. Attorney
                                   Attorneys for Defendant
26                                 UNITED STATES OF AMERICA

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS SO ORDERED.

    **Dated:**    **March 25, 2009**             **/s/ Dennis L. Beck**

                                              UNITED STATES MAGISTRATE JUDGE